NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CLOUDING CORP.,**
*Appellant*

**v.**

**UNIFIED PATENTS, INC.,**
*Appellee*

_____

2015-1799

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00586, IPR2014-00306.

_____

**JUDGMENT**

_____

TAREK N. FAHMI, Ascenda Law Group, PC, San Jose, CA, argued for appellant.

DANIEL CRAIG COOLEY, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented JAMES R. BARNEY, Washington, DC; JONATHAN STROUD, Washington, DC.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA,

argued for intervenor Michelle K. Lee. Also represented by THOMAS W. KRAUSE, MICHAEL SUMNER FORMAN, SCOTT WEIDENFELLER.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 19, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |